# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
2010 JAN 29 AM 9:31
U.S. BANKRUPTCY COURT
DULUTH, MN

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **NYGAARD, CARA**

Chapter 13 Case No.   **04-50759**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CARAL NYGAARD<br>66930 190TH AVE<br>JACOBSON, MN  55762 | debtor refund | | $2.27 |

**TOTAL TO CLERK'S FUND**                                                                 $2.27

**January 25, 2010**                                    /s/ Kyle L Carlson
DATE                                                            TRUSTEE

32046
1-29-10